IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ADRIANA DONALDSON<br><br>     Plaintiff<br><br>     Vs.<br><br>AMERICA CRUISE FERRIES, INC., et al.<br><br>     Defendants | CIVIL NO. 16-2529(PAD)<br><br>PLAINTIFF DEMANDS TRIAL BY JURY |

**NOTICE OF PARTIAL DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT BAJA FERRIES, S.A.**

**TO THE HONORABLE COURT**

**COME NOW** plaintiff, through her undersigned attorneys, and very respectfully pray as follows:

Plaintiff hereby provides notice as per Fed.R.Civ.P. 41(a)(1) of her dismissal without prejudice of the causes of action against defendant Baja Ferries, S.A.

**WHEREFORE,** it is respectfully requested that this Honorable Court enters partial judgment dismissing without prejudice plaintiff's Causes of action against Baja Ferries, Inc.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 10th day of August, 2016.

**I HEREBY CERTIFY** that on August 10, 2016, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.

**s/ Richard Schell-Asad**
Richard Schell-Asad
Bar No. 203207
Attorney for Plaintiff
Troncoso & Schell
254 San José St.
El Mundo Building, Third Floor
San Juan, PR 00901
Tel: (787) 722-0741
Fax: (787) 724-2563 e-mail:
rschellasad@aol.com